**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**SAN JUAN LUMBER COMPANY, Respondent.**

No. 20848.

United States Court of Appeals Ninth Circuit.

Oct. 17, 1966.

Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Gary Green, Atty., N. L. R. B., Washington, D. C., for petitioner.

Roy Kilpatrick, Canyon City, Or., for respondent.

Before MADDEN, Judge of the Court of Claims, and MERRILL and BROWNING, Circuit Judges.

PER CURIAM.

The Board's petition for enforcement of its order issued against respondent on September 13, 1964, is granted. However, we do not pass upon the adequacy of the Board's alternate ground for decision; that is, that the issuance by the employer of paychecks not covered by sufficient funds permitted the employees to disregard the grievance and no-strike provisions of the collective bargaining agreement.

**BROADSTONE REALTY CORPORATION, Plaintiff-Appellant,**

v.

**Thomas Mellon EVANS, Defendant-Appellee.**

No. 102, Docket 30520.

United States Court of Appeals Second Circuit.

Argued Oct. 27, 1966.

Decided Oct. 28, 1966.

Douglas M. Parker, New York City (Leonard Garment and Nixon, Mudge, Rose, Guthrie & Alexander, New York City, on the brief), for plaintiff-appellant.

James H. Halpin, New York City (James J. Harrington and Kissam & Halpin, New York City, on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

We affirm the judgment of the United States District Court for the Southern District of New York which dismissed the complaint in this suit, brought by a New York corporation against a Connecticut resident in the New York courts to recover a broker's fee, and removed by the defendant because of diverse citizenship, for the reasons set forth in Judge Frankel's opinion, 251 F.Supp. 58 (1966).